UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

- against -

OMAR SHADDICK,

                Defendant.

------------------------------------------------------------x

17 CR. 177 (RMB)

**ORDER**

      The Court is scheduling **an urgent** conference in this matter for June 1, 2022 at 9:30 am. Counsel and Probation are directed to familiarize themselves with the prior proceedings in this case, including, but not limited to, the PSR and the sentencing submissions of the parties.

      Probation is directed to submit a plan for a comprehensive mental health evaluation and services for Mr. Shaddick to the Court by May 31, 2022 (noon) (including input from counsel).

      The conference will be held telephonically. Dial in information is as follows:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 7177

Dated: New York, New York
       May 25, 2022

                                                  _____
                                                  **RICHARD M. BERMAN**
                                                        U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/22