**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                          17 CR. 177 (RMB)
   -against-

                                                          **<u>ORDER</u>**

OMAR SHADDICK,
                Defendants.
-------------------------------------------------------------X

        The supervised release hearing scheduled for Thursday, December 1, 2022 at 10:00 A.M. will be held by video.


Dated: November 15, 2022
       New York, NY

                                                                         RICHARD M. BERMAN
                                                                            U.S.D.J.