**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,       :
       :
         Government,    :     17 CR. 177 (RMB)
       :
   - against -      :     **<u>ORDER</u>**
       :
OMAR SHADDICK,       :
         Defendant.    :
-------------------------------------------------------------x

      The supervised release hearing is scheduled for Wednesday, July 12, 2023 at

12:00 P.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 660 499 284#

Dated: July 5, 2023
     New York, NY

                                  *Richard M. Berman*

                                  **RICHARD M. BERMAN**
                                      **U.S.D.J.**