UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                 Government,          :       17 CR. 177 (RMB)
                                           :
        - against -                      :       **ORDER**
                                           :
OMAR SHADDICK,                             :
                 Defendant.           :
-------------------------------------------------------------x

       The supervised release hearing is scheduled for Thursday, September 14, 2023 at 11:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 465 969 81#

Dated: September 6, 2023
       New York, NY

                                                      _____
                                                      **RICHARD M. BERMAN**
                                                      **U.S.D.J.**