**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                                      :
                                                                                       :
                            Government,       :       17 CR. 177 (RMB)
                                                                                       :
           - against -                           :       **ORDER**
                                                                                       :
OMAR SHADDICK,                                                      :
                             Defendant.          :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, October 30, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 872 848 391#


Dated: October 25, 2023
       New York, NY

                                                     **RICHARD M. BERMAN**
                                                           **U.S.D.J.**