UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,           :

                     Government,      :     17 CR. 177 (RMB)

         - against -                :     **ORDER**

OMAR SHADDICK,                      :
                      Defendant.       :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, December 18, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 916 926 138#

Dated: December 13, 2023
        New York, NY

                                                _____
                                                 **RICHARD M. BERMAN**
                                                           **U.S.D.J.**