**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                             :

                    Government,      :        17 CR. 177 (RMB)
                                             :

          - against -           :        **ORDER**
                                           :

OMAR SHADDICK,                :
                    Defendant.      :
----------------------------------------------------------------x

        The supervised release hearing is scheduled for Thursday, March 28, 2024 at

10:00 A.M.

        In the absence of defense objection, the proceeding will be held by video.

        Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

        Dial-in Number: (646) 453-4442
        Conference ID: 312 666 355#

Dated: March 18, 2024
        New York, NY

                                           _Richard M. Berman_
                                _____
                                    **RICHARD M. BERMAN**
                                         **U.S.D.J.**